# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## OF GREENBELT DIVISION

In re     Dominick Lawrence Butler        Case No: 19-15893TJC

          Debtor                          Chapter: 7

---

          Miriam I. Rogers Holy

          Movant

vs

          Dominick Lawrence Butler

          Respondant

### Motion for Relief of Stay

I, Miriam I. Rogers Holy, request a Motion for Relief of Stay on the above listed Debtor and case.

Details

1) As stated in the June 4, 2019 letter sent to the Bankruptcy Court, Ms. Laura Margolies (bankruptcy trustee) and Mr. Marc Ominsky (debtor's attorney), this debt was awarded to me from a Judgement d/t tenant not paying rent on time and damages left in property by debtor and his family, to prepare the property for releasing.
2) Mr. Butler is in arrears for the 2019 year, as his last payment of 400.00 was made in January 2019. This bankruptcy was filed on 4/30/2019. No payments were received from February through April, 2019.
3) This debt was incurred due to a rental home in Howard County that Mr. Butler was renting for him and his family. He lived at the property for 8years. Mr. Butler was behind in the rental payments, that my only course of action was eviction. On the day of court, he moved out.
4) This Motion is requested as the debt is not a necessary part of an effective reorganization. It has been adjudicated and scheduled through mediation at the Howard County District Court, Civil Case # 1001-0001915-2016 .
5) The judgement was obtained 9/19/2016. It was awarded a payment arrangement was agreed on via mediations for 400.00/month until the debt was paid . Mr. Butler made

regular payments from April 2019 through January 2019. The total due as of Jun 4, 2019 without the additional interest that I could charge are: $28460.69.

6) I ask that you honor this motion, and instruct Mr. Butler to continue making $400.00 payments until debt is paid.
   a) Mr. Butler entered into the agreement at the Howard County courthouse under mediation, approximately one year prior to filing this Chapter 7 bankruptcy.
   b) At the time of mediation, he agreed to the monthly payments ($400.00/month) and was fully aware of his debts and obligations.
   c) At the mediation table, he shared that he was already having his paycheck garnished and was agreeable to the monthly payments, that would fit into his budget, to satisfy this debt.
7) This is not Mr. Butler's first bankruptcy. He had a bankruptcy in prior years.

Date: 8/5/2019

Signature (Movant without counsel)
Telephone No. 410.963.0511

## CERTIFICATE OF SERVICE

I hereby certify that on the __5__ day of __August__, 20__19__, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Motion for Relief from Stay and Hearing Thereon will be served electronically by the Court's CM/ECF system on the following:

Name of Trustee, Chapter 7/13   __Lynda Margulies__

Name of Attorney   __Marc A. Ominsky__

Name of Attorney

I hereby further certify that on the __5__ day of __August__, 20__19__, a copy of the Notice of Motion for Relief from Stay and Hearing Thereon was also mailed first class mail, postage prepaid to:

__A letter was sent by fax/email to Ms Margulies and Mr Ominsky, respectfully on 6/4/2019__

Name of Party   Address of Party   City, State   Zip

__Lynda Margulies   6205 Executive Blvd. Rockville, MD 20852__

Name of Party   Address of Party   City, State   Zip

__Marc A Ominsky   10632 Little Patuxent Pkwy, Suite 249   Columbia, MD 21044__

Name of Party   Address of Party   City, State   Zip

__Dominick Lawrence Butler   23 Peppermill Dr   Capitol Hghts, MD 20743__

Signature __Miriam I. Rogers Holy__

[Type or print your name

__Miriam I. Rogers Holy__

Page 1 of 1

Case No: 19-15893TJC

TO:
Lynda
~~fax #~~ MIR
email: Lynda@law-margulies.com

FROM:
Miriam Rogers Holy
410 963 0511
micr63@gmail.com

Date: June 4, 2019
sent MIR

email to attorney of Debtor sent: Marc A. Ominsky
and to Mark A Neal Clerk of the Bankruptcy Ct
Letter sent. 6/6/2019

Miriam I. Rogers Holy
3102 Bonnie Rd
Pikesville, MD 21208
Micr63@gmail.com
410-963-0511
June 3, 2019

Regarding Debtor 1:  Dominick Lawrence Butler (SSN# xxx-xx-0827) in the United States, Bankruptcy

   Court District of Maryland, Case # 19-15893 TJC Chapter 7, filing date 4/30/2019

Ms. Laura J. Margulies Bankruptcy Trustee, and
Mr. Marc A. Ominsky, attorney for Mr. Dominick Lawrence Butler

To Whom It May Concern,

I, Miriam I. Rogers Holy, a creditor of the above Debtor, am requesting that a debt of $27,490.00 not be entitled to be discharged and therefore request that this debt be excepted from discharge in this Bankruptcy.

This debt

1. Is a judgement that was granted in Howard County District Court on 9/19/2016 case #1001-001915-2016.
2. Granted the creditor damages and back rent monies owed from when this Debtor and his family lived in the rental property, 9466 Pinecone Row, Columbia, MD 21045, owned by this creditor.
3. That Howard County District Court awarded this creditor, through Mediation on 3/12/2018, the monthly payment, as agreed by this Debtor, in good faith and in full knowledge of his assets, earnings and debt, the sum of $400.00 /month until the debt was paid.
    a. The creditor agreed to waive interest fees as long as payments were timely paid (due by the end of the month).
    b. The creditor agreed not to take any additional collective action as long as payments were made.
4. Debtor was making regular monthly payments from April 2018 – January 2019. And missed payments in 2019 of February through April 2019 (when bankruptcy was filed).

| | |
|---|---|
| Judgment amount: issued 9/19/2019 | $27,490.00 |
| Interest (6% from 9/19/2016-3/12/2018): | $2435.69 |
| Attorney fees: | $2750.00 |
| Court costs: | $185.00 |
| **TOTAL DEBT as of 3/12/2018:** | **$32,860.69** |

| | |
|---|---|
| **2018 payments made:** | -$3600.00 in 2018 |
| April   pd 3/31; | |
| May     pd 6/5 (May payment late – no interest charged); | |
| June    pd 6/30; | |
| July    pd 7/28; | |
| August pd 8/31; | |

| | |
|---|---|
| September | pd 10/4 (Sept payment late – no interest charged); |
| October | pd 10/31 |
| November | pd 12/1 (Nov payment late – no interest charged; |
| December | pd 12/29. |

**2019 payments made:** (pd to date)          **-$400.00 in 2019**
1. January payment of $400.00 received on 2/2/2019.
2. February, March and April payments not received.
3. May received bankruptcy notice, no payment received.

Total due without any additional interest added: **$28,460.69** – which is my current debt that I am requesting to be excepted from discharge of this Bankruptcy case.


Thank you,

Sincerely,

*[signature]*
Miriam I. Rogers Holy