# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF MARYLAND at Greenbelt Division

IN RE:

    Dominick Lawrence Butler        Case No. 19-15893

    Debtor                                   Chapter  7

-------------------------------------

    Miriam I. Rogers Holy

    Movant(s)

Vs.

    Dominick Lawrence Butler

    Respondent (s)

## NOTICE OF MOTION FOR RELIEF FROM STAY AND HEARING THEREON

_____ has filed papers with the court seeking relief from the automatic stay of 11 U.S.C. § 362(a) to enable it to

_____

proceed to  . Your rights may be affected. You should read these papers carefully and discuss them with your lawyer.  (If you do not have a lawyer, you may wish to consult one.)

    If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the motion, then by _____ (parties served by mail may add three (3) additional days to the response deadline) you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

_____

    [Movant's name and address if without counsel] [names and addresses of others to be served]

    If you mail rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

The hearing is scheduled for _____ , at , _____ in Courtroom _____, United States Bankruptcy Court. _____.

If you or your lawyer do not take these steps by the deadline, the court may find that you do not oppose the relief sought in the motion and may grant or otherwise dispose of the motion before the scheduled hearing date.

DATE: _____

                                                      _____

                                                      Signature (Attorney or Movant if without council)

                                                      Telephone No. _____