# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:     Case No.: **19–15893 – TJC**     Chapter: **7**

**Dominick Lawrence Butler**
Debtor

## NOTICE OF FILING IN A CLOSED CASE

The above–captioned case was closed on 8/7/19. A subsequent pleading [22 – Motion for Relief from Stay Filed by Miriam I. Rogers Holy . (Attachments: # 1 Notice of Motion # 2 Supplement) (Anderson, Jolon)] was filed with the Court on August 12, 2019. If you wish to have this matter considered, a Motion to Reopen the case must be filed and granted before this pleading will be considered. A fee may be required when filing a Motion to Reopen a case. Contact the Clerk's office for the current fee.

Please note that NO action will be taken on the matter unless a motion to reopen the case has been granted by the court.

Dated: 8/14/19

                                                    Mark A. Neal, Clerk of Court
                                                    by Deputy Clerk, Jolon Anderson
                                                    410–962–7964

cc:   Filing Party – Miriam I. Rogers Holy
      Debtor
      Attorney for Debtor – Marc A. Ominsky

nfilecls (05/2014) – *jmanderson*